Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

FILED

# UNITED STATES DISTRICT COURT

for the

District of

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

2022 JUL 18 PM 12:15

Division

Ina Brathwaite
_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Advanced Drainage Systems Inc.
_Defendant(s)_
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 6:22-cv-1263-PGB-DCI
_(to be filled in by the Clerk's Office)_

Jury Trial: _(check one)_ ☑ Yes  ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.  The Parties to This Complaint

   A.  The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name                Ina Brathwaite
   Street Address      P.O. Box 769
   City and County     Arvada, Jefferson County
   State and Zip Code  Colorado, 80001
   Telephone Number    720-495-2264
   E-mail Address      ina.brathwaite@yahoo.com

   B.  The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1
- Name: Amanda Miggo Esquire
- Job or Title (if known): Corporation lawyer
- Street Address: 52 E. Gay Street
- City and County: Columbus, Franklin County
- State and Zip Code: Ohio 43215
- Telephone Number: 614-464-5439
- E-mail Address (if known): N/A

Defendant No. 2
- Name: Joseph Ward
- Job or Title (if known): Yard Manager
- Street Address: 115 W. Crown Point Road
- City and County: Winter Garden, Orange County
- State and Zip Code: Florida 34787
- Telephone Number: 407-654-3989
- E-mail Address (if known):

Defendant No. 3
- Name: Bruce Fallenstein
- Job or Title (if known): Plant Manager
- Street Address: 115 W. Crown Point Road
- City and County: Winter Garden, Orange County
- State and Zip Code: Florida 34787
- Telephone Number: 407-654-3989
- E-mail Address (if known):

Defendant No. 4
- Name: Kyle Hignett
- Job or Title (if known): HR Business Partner
- Street Address: 4640 Trueman Blvd
- City and County: Hilliard, Franklin County
- State and Zip Code: Ohio 43026
- Telephone Number: 614-658-0273
- E-mail Address (if known):

Defendant No. 5

Name: Debra Montgomery

Job or Title: Human Resource Benefit Representative

Street Address: 401 Olive Street

City and County: Findlay, Hancock County

State and Zip Code: Ohio 45840

Telephone Number: 419-424-8241

E-mail Address: deborah.montgomery@ads-pipe.com


Defendant No. 6

Name: Janet Bayes

Job or Title: Accountant and Human Resource Representative

Street Address: 115 W Crown Point Road

City and County: Winter Garden, Orange County

State and Zip Code: Florida 34787

Telephone Number: 407-654-3989

E-mail Address: janet.bayes@ads-pipe.com


Defendant No. 7

Name: Errol Lipton

Job or Title: Maintenance Supervisor

Street Address: 115 W Crown Point Road

City and County: Winter Garden, Orange County

State and Zip Code: Florida 34787

Telephone Number: 407-654-3989

E-mail Address: N/A

Defendant No. 8

Name: Nicolas Ochoea

Job or Title: Raw Material Supervisor

Street Address: 115 W Crown Point Road

City and County: Winter Garden, Orange County

Telephone Number: 407-654-3989

E-mail Address: N/A


Defendant No. 9

Name: Mike Murphy

Job or Title: Order Fulfillment Specialist

Street Address: 115 W Crown Point Road

City and County: Winter Garden, Orange County

Telephone Number: 407-654-3989

E-mail Address: N/A


Defendant No. 10

Name: Robert Evans

Job or Title: Yard Loader

Street Address: 115 W Crown Point Road

City and County: Winter Garden, Orange County

Telephone Number: 407-654-3989

E-mail Address: N/A


Defendant No. 11

Name: Marc Jordanides

Job or Title: Yard Loader

Street Address: 115 W Crown Point Road

City and County: Winter Garden, Orange County

Telephone Number: 407-654-3989

E-mail Address: N/A

Defendant No. 12

Name: Marvin Johnson

Job or Title: yard loader

Street Address: 115 W Crown Point Road

City and County: Winter Garden, Orange County

Telephone Number: 407-654-3989

E-mail Address: N/A

Defendant No. 13

Name: Michael Gonzalez

Job or Title: yard loader

Street Address: 115 W Crown Point Road

City and County: Winter Garden, Orange County

Telephone Number: 407-654-3989

E-mail Address: N/A

Defendant No. 14

Name: Gerald Williams

Job or Title: yard loader

Street Address: 115 W Crown Point Road

City and County: Winter Garden, Orange County

Telephone Number: 407-654-3989

E-mail Address: N/A

Defendant No. 14

Name: Daniel Negron

Job or Title: yard manager

Street Address: 115 W Crown Point Road

City and County: Winter Garden, Orange County

Telephone Number: 407-654-3989

E-mail Address: N/A

Defendant No. 15

Name: Stephon Jackson

Job or Title: yard loader

Street Address: 115 W Crown Point Road

City and County: Winter Garden, Orange County

Telephone Number: 407-654-3989

E-mail Address: N/A

Defendant No. 16

Name: Mike Adebimpe

Job or Title: yard loader

Street Address: 115 W Crown Point Road

City and County: Winter Garden, Orange County

Telephone Number: 407-654-3989

E-mail Address: N/A

Defendant No. 17

Name: John Johnson

Job or Title: yard loader

Street Address: 115 W Crown Point Road

City and County: Winter Garden, Orange County

Telephone Number: 407-654-3989

E-mail Address: N/A


Defendant No. 18

Name: Mr. Roberto

Job or Title: yard loader

Street Address: 115 W Crown Point Road

City and County: Winter Garden, Orange County

Telephone Number: 407-654-3989

E-mail Address: N/A

<u>Witness</u>

Kaz Rolle
Yard loader
300 Sheoah Blvd. Apt #106
Winter Springs, FL 32708
    Seminole County
321-663-3008

C. **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Advanced Drainage Systems Inc. |
| Street Address | 115 W. Crown Point Road |
| City and County | Winter Garden, Orange County |
| State and Zip Code | Florida 34787 |
| Telephone Number | 407-654-3989 |

II. **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

- [x] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

    *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

    *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

- [ ] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

    *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [ ] Other federal law *(specify the federal law)*:

- [ ] Relevant state law *(specify, if known)*:

- [ ] Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☒ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☐ Retaliation.
- ☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
July 29, 2019 - August 1, 2019 - August 13, 2019 - August 22, 2019

C. I believe that defendant(s) *(check one)*:
- ☒ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☒ race — African - American Characteristics
- ☐ color
- ☒ gender/sex — Female employee working in the yard
- ☐ religion
- ☐ national origin
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

Page 4 of 6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

August 29, 2019

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)* April 28, 2022
*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff     *Alna Brathwaite*
Printed Name of Plaintiff  Ina Brathwaite

### B. For Attorneys

Date of signing: _____

Signature of Attorney     _____
Printed Name of Attorney  _____
Bar Number                _____
Name of Law Firm          _____
Street Address            _____
State and Zip Code        _____
Telephone Number          _____
E-mail Address            _____